**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David JACKSON, Defendant–Appellant.**

No. 08–50378.

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed June 23, 2009.

Michael J. Raphael, Esquire, Assistant U.S., J. Lana Morton–Owens, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

David Jackson appeals from the six-month sentence imposed upon revocation of supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jackson's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

By order filed March 26, 2009, counsel was advised that the court appeared to lack jurisdiction over the appeal because appellant has been released from prison without an additional term of supervised release. Counsel was ordered to move for voluntary dismissal or show cause why the appeal should not be dismissed. To date, counsel has not responded.

Because Jackson has been released from custody and is not subject to an additional term of supervised release, we dismiss the appeal as moot. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

Counsel's motion to withdraw is granted.

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.